IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:94CR3054 |
| | ) | |
| v. | ) | |
| | ) | |
| JOYCE A. BROWN, | ) | ADDITIONAL ORDER ON MOTION FOR |
| | ) | RETURN OF PERSONAL PROPERTY |
| Defendant. | ) | |
| | ) | |

      My Memorandum and Order on Motion for Return of Personal Property, dated February 17, 2000, recites the information I had then as to the personal property received in evidence at the trial of the defendant and that is a subject of the defendant's motion for return of personal property. Since then I have been able to obtain further documentation as to the distribution of the personal property.

      The order of District Court Judge Donald E. Endacott of October 23, 1995, recites a settlement agreement as to $2,474 seized by enforcement officers at the time of the defendant's arrest. The order directs that $2,000 of the $2,474 sum be released by the United States District Court and transferred to the Clerk of the District Court for Lancaster County and then be paid to Lancaster County "as partial repayment of attorney's fees incurred by the defense in this case."

      A document, of which a sheet marked in handwriting, "3 of (3)" shows a receipt by the Clerk of the District Court of $2,000, credited to Joyce A. Brown, A/K/A Joyce Demings, and received from the Lancaster County Treasurer. That appears to be in keeping with the order of Judge Endacott and represents money received from the United States District Court, as directed by my order of February 17, 2000. That money was not paid to attorney Rolf Shasteen, but may well have been a reimbursement to the Lancaster County, which had previously paid some attorney or attorneys (whether Rolf Shasteen or some other attorney) for representing Joyce A. Brown in the state court.

      Another document of the Lincoln Police Department marked P9415171, of which a copy will be enclosed in a letter from me to Joyce A. Brown, shows release to "Yosha Brown

(Daughter)" on 3/13/00 of $344 "& food coupons."

Another document, marked P9415170 of the Lincoln Police Department shows release to "Yosha Brown (Daughter)" on 3/13/00 $130 "total cash." Those two figures, $344 and $130, released to Yosha Brown, together with the $2,000 sent to the Lancaster County Treasurer would exhaust the amount shown by Judge Endacott's order to be the amount seized by law enforcement officers at the time of the defendant's arrest.

Other items of personal property, shown on the document of the Lincoln Police Department numbered P9415178, and marked "Make up," "toothbrush," "photo," "Perfume," "watch," "comb," "gold key," "$2.90 in change," "food stamp cards," "Younkers card," "Blockbuster card," "cosmetology license," "Soc. Sec. card," and "driver's license" are shown as having been released to Joyce Brown on October 15,(?) (1994) (?). (The dates are not entirely legible on the copy I have).

Another document of the Lincoln Police Department, marked P9415178, indicates release to "Yosha Brown" on 4-5-00, namely, "Brn/tan/grn purse," "misc makeup items," "olive grn wallet," "blank checks," "misc. handwritten notes & bus. cards," "3 greyhound bus tickets to Lamont Barnet," "ss card to Joyce Demings 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," "misc. cards," and "toothbrush."

Another document of the Lincoln Police Department, marked P9415171, lists the total of $2,344, consisting of 1 one hundred dollar bill, 1 fifty dollar bill, 75 twenties, 29 tens, 59 fives, and 89 ones. It also shows $13 in food coupons. This matches the monetary items listed above.

Another Lincoln Police Department items is headed "LIMITED POWER OF ATTORNEY," stating that Joyce A. Brown, whose signature appears thereon, gives a limited power of attorney to her daughter, Yosha Venetia Brown, "to allow her to pick up or receive and/or sign receipt for my possessions that were taken from me by the Lincoln Police Department."

A copy of each of the documents I have described will be enclosed with a letter I am mailing today to Joyce A. Brown.

I do not see a record of any other items not accounted for. It appears that all money, all food stamps and other personal property of Joyce A. Brown received by the arresting officer have now been returned to Joyce A. Brown, Yosha Brown, and the Lancaster County Treasurer in

accordance with orders of this court, the District Court for Lancaster County, Nebraska, and the Limited Power of Attorney by Joyce A. Brown to Yosha Brown.

IT IS THEREFORE ORDERED that the Motion for Return of Personal Property, filing 100, has been granted and has been complied with.

Dated November 1, 2005.

BY THE COURT

s/    Warren K. Urbom
United States Senior District Judge